# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MIGUEL AVILA, et al., | Case No. 1:18-cv-01684-LJO-SAB |
|---|---|
| Plaintiffs, | ORDER REQUIRING PLAINTIFF YAMILET AVILA TO FILE A PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM |
| v. | |
| ANTHONY ALLEN ALEWINE, et al., | (ECF No. 2) |
| Defendants. | DEADLINE: JANUARY 15, 2019 |

Miguel Avila and Yamilet Avila, through her guardian ad litem, filed this action on December 11, 2018. (ECF No. 1.) On December 12, 2018, a notice issued from the Clerk of the Court directing Plaintiff Yamilet Avila to file her petition for appointment of a guardian ad litem. (ECF No. 2.) Plaintiff has not filed the petition as directed by the Clerk.

Accordingly, Plaintiff Yamilet Avila is HEREBY ORDERED to file her petition for appointment of a guardian ad litem on or before January 15, 2019. Plaintiff is directed to Rule 202 of the Local Rules of the Eastern District of California which addresses the requirements for the petition.

IT IS SO ORDERED.

Dated: **January 11, 2019**

UNITED STATES MAGISTRATE JUDGE

1