# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL AVILA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ANTHONY ALLEN ALEWINE, et al., <br><br> Defendants. | Case No. 1:18-cv-01684-LJO-SAB <br><br> ORDER STRIKING "FIRST AMENDED COMPLAINT" AND REQUIRING PLAINTIFF TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY WITH COURT ORDER <br><br> (ECF Nos. 6, 7) <br><br> FIVE DAY DEADLINE |

Miguel Avila and Yamilet Avila, through her guardian ad litem, filed this action on December 11, 2018. (ECF No. 1.) Plaintiff filed the complaint and enclosed the petition for a guardian ad litem using the designation of "notice". On December 12, 2018, a notice issued from the Clerk of the Court directing Plaintiff Yamilet Avila to file her petition for appointment of a guardian ad litem and advising counsel of where the correct item could be found in the ECF docketing system. (ECF No. 2.) Plaintiff did not file the petition as directed by the Clerk. On January 14, 2019, an order was filed requiring Plaintiff to file a petition for appointment of a guardian ad litem on or before January 15, 2019. (ECF No. 6.) Plaintiff did not file a petition as required by the January 14, 2019 order.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all

1

sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000). Plaintiff has ignored the directive of the Clerk of the Court to file the petition for appointment of a guardian ad litem and this Court's order requiring that the petition be filed.

Additionally, on January 16, 2019, Plaintiff filed a docket selecting "First Amended Complaint". (ECF No. 7.) Upon review of this document it is a copy of a summons. This document shall be stricken from the record as filed under the incorrect designation. Plaintiff's counsel is advised that more care should be used when filing items on the docket to ensure that the correct item is selected to properly reflect the document filed.

Accordingly, the Court HEREBY ORDERS that:

1. PLAINTIFF SHALL SHOW CAUSE in writing within **five (5) days** of the date of entry of this order why a petition for appointment of a guardian ad litem has not been filed in compliance with the January 14, 2019 order;

2. The docket listed as "First Amended Complaint" (ECF No. 7) is STRICKEN FROM THE RECORD; and

3. **Plaintiff is forewarned that the failure to show cause may result in the imposition of sanctions, including the dismissal of this action for failure to comply with orders of this court.**

IT IS SO ORDERED.

Dated: **January 17, 2019**

UNITED STATES MAGISTRATE JUDGE

2