# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL AVILA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHONY ALLEN ALEWINE, et al.,<br><br>Defendants. | Case No. 1:18-cv-01684-LJO-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND REQUIRING PLAINTIFF TO FILE A PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM<br><br>(ECF No. 9, 10)<br><br>DEADLINE: JANUARY 24, 2019 |

Miguel Avila and Yamilet Avila, through her guardian ad litem, filed this action on December 11, 2018. (ECF No. 1.) Plaintiff filed the complaint and enclosed the petition for appointment of a guardian ad litem using the designation of "notice". On December 12, 2018, a notice issued from the Clerk of the Court directing Plaintiff Yamilet Avila to file her petition for appointment of a guardian ad litem and advising counsel of where the correct item could be found in the ECF docketing system. (ECF No. 2.) Plaintiff did not file the petition as directed by the Clerk. On January 14, 2019, an order was filed requiring Plaintiff to file a petition for appointment of a guardian ad litem on or before January 15, 2019. (ECF No. 6.) Plaintiff did not file a petition as required by the January 14, 2019 order. On January 18, 2019, an order was filed requiring Plaintiff to show cause why sanctions should not issue for the failure to comply with the court orders. (ECF No. 8.) On January 18, 2019, Plaintiff filed a response to the order

to show cause. (ECF No. 10.) Based on Plaintiff's response, the order to show cause shall be discharged and Plaintiff shall file a petition for appointment of guardian ad litem.

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause, filed January 18, 2019, is DISCHARGED;
2. Plaintiff SHALL FILE a petition for appointment of a guardian ad litem on or before January 24, 2019; and
3. Failure to comply with this order may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated: __**January 22, 2019**__  
_____  
UNITED STATES MAGISTRATE JUDGE