# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL AVILA, et al., <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>ANTHONY ALLEN ALEWINE, et al., <br><br>　　　　Defendants. | Case No. 1:18-cv-01684-LJO-SAB <br><br> ORDER CONTINUING SCHEDULING CONFERENCE TO MARCH 28, 2019 <br><br> (ECF No. 14) |

On January 30, 2019, Plaintiffs Miguel Avila and Yamilet Avila, by and through her guardian ad litem, filed a request to continue the initial scheduling conference in this action as the defendants were served on January 23, 2019. The Court finds that good cause exists to continue the scheduling conference to allow time for responsive pleadings to be filed.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs' request to continue the initial scheduling conference is GRANTED;
2. The initial scheduling conference set for February 26, 2019 is CONTINUED to **March 28, 2019, at 9:30 a.m.** in Courtroom 9; and
3. The parties shall file a joint scheduling report seven (7) days prior to the scheduling conference.

IT IS SO ORDERED.

Dated: __**January 30, 2019**__

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE