1
2
3
4
5
6
7 **UNITED STATES DISTRICT COURT**

8 **EASTERN DISTRICT OF CALIFORNIA**

Case No. 1:18-cv-01684-LJO-SAB

9 MIGUEL AVILA, et al.,
                                          )
                                          )
10          Plaintiffs,                    )   ORDER RE STIPULATION FOR
                                          )   DISMISSAL OF ANTHONY ALLEN
11     v.                                  )   ALEWINE AND UNITED STATES
                                          )   POSTAL SERVICE
12 ANTHONY ALLEN ALEWINE, et al.,          )
                                          )   (ECF No. 20)
13          Defendants.                    )
                                          )
14 _____)

15     On June 3, 2019, the parties filed a stipulation to dismiss this action as to Defendants Anthony

16 Allen Alewine and the United States Postal Service.  In their stipulation, the parties agree that Anthony

17 Allen Alewine was an employee of the United States Postal Service and was acting in the scope of such

18 employment at the time of the incident out of which this suit arose.  (ECF No. 20 at 1.)  The parties agree

19 that Anthony Allen Alewine and the United States Postal Service should be dismissed from this

20 action as the United States of America is the only proper defendant under the Federal Tort Claim Act,

21 28 U.S.C. § 1346(b)(1).

22     Pursuant to 28 U.S.C. § 2679, the exclusive remedy against an employee working in the scope

23 of his employment is against the United States.  "Upon certification by the Attorney General that the

24 defendant employee was acting within the scope of his office or employment at the time of the

25 incident out of which the claim arose, any civil action or proceeding commenced upon such claim in

26 a United States district court shall be deemed an action against the United States under the provisions

27 of this title and all references thereto, and the United States shall be substituted as the party

28 defendant."  28 U.S.C. § 2679(d)(1).

Here, the parties have stipulated that Defendant Alewine was working in the scope of his employment and that he and the United States Postal Service should be dismissed from this action.

Accordingly, pursuant to 28 U.S.C. § 2679, this action is proceeding against the United States of America and the Office of the Clerk is ORDERED to dismiss Anthony Allen Alewine and the United States Postal Service as defendants in this action.

IT IS SO ORDERED.

Dated:   **June 4, 2019**                        **/s/ Lawrence J. O'Neill**
                                              UNITED STATES CHIEF DISTRICT JUDGE