# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL AVILA, et al., | Case No. 1:18-cv-01684-NONE-SAB |
| Plaintiffs, | ORDER TERMINATING MARIA D. AVILA AS GUARDIAN AD LITEM FOR YAMILET AVILA |
| v. | |
| ANTHONY ALLEN ALEWINE, et al., | (ECF No. 23) |
| Defendants. | |

On December 11, 2018, this action was filed by Miguel Avila and Yamilet Avila, a minor. (ECF No. 1.) On January 23, 2019, a petition for appointment of a guardian ad litem was filed and Maria D. Avila was appointed as guardian ad litem for Yamilet Avila. (ECF Nos. 12, 13.) Currently before the Court is Yamilet Avila's petition for an order terminating the appointment of the guardian ad litem as she has now reached the age of majority. (ECF No. 23.)

Having reviewed the petition to terminate the appointment of Maria D. Avila as guardian ad litem, the Court finds good cause exists to terminate the appointment of a guardian ad litem as Yamilet Avila is no longer a minor and as a competent adult is able to prosecute this action.

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that Maria D. Avila is discharged from her duties as guardian ad litem for Yamilet Avila and the appointment of Maria D. Avila as guardian ad litem for Yamilet Avila is terminated.

IT IS SO ORDERED.

Dated: __**February 5, 2020**__

_____
UNITED STATES MAGISTRATE JUDGE